# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CODY LEAVITT,

    Petitioner,

vs.

EIGHTH JUDICIAL DISTRICT COURT, et al.,

    Respondents.

Case No. 2:13-cv-02018-JAD-NJK

**ORDER**

Petitioner has submitted an application for certificate of appealability (Doc. 8). To the extent that petitioner is asking the court to revisit its denial of a certificate of appealability when it denied the petition for a writ of habeas corpus, nothing in the application would cause the court to depart from its earlier order. To the extent that petitioner is trying to present new issues that he did not present in the petition, the application is not the appropriate method for raising new grounds.

**IT IS THEREFORE ORDERED** that the application for certificate of appealability (Doc. 8) is **DENIED**.

Dated: July 2, 2014.

_____
JENNIFER A. DORSEY
United States District Judge