# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CODY LEAVITT,

    Petitioner,

vs.

EIGHTH JUDICIAL DISTRICT COURT, et al.,

    Respondents.

Case No. 2:13-cv-02018-JAD-NJK

**ORDER**

Petitioner has submitted a motion for clarification (Doc. 10). Petitioner's language is unclear, but it appears that he wants to consolidate this action with another of his actions before this court. The court denied his petition because it could not grant petitioner relief, no matter how the court construed the petition. The court also told petitioner that if he wished to raise the issue of errors in his pre-sentence investigation report, then he needed to consult with counsel who represents him in his habeas corpus proceedings before this court. This action is closed, and there is nothing to consolidate with another action.

**IT IS THEREFORE ORDERED** that petitioner's motion for clarification (Doc. 10) is **DENIED**.

Dated: July 10, 2014.

                                        JENNIFER A. DORSEY
                                      United States District Judge